In the Matter of the Probate of the Will of NELSON B. SIZER, Deceased.

HOWARD WOOD, Appellant; LEONORA A. LORILLARD, as Executrix, Respondent.

*Matter of Sizer,* 129 App. Div. 7, affirmed.
(Argued March 16, 1909; decided March 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 4, 1908, which affirmed a decree of the Kings County Surrogate's Court admitting to probate an instrument propounded as the last will and testament of Nelson B. Sizer, deceased.

*William E. Cook* for appellant.

*George E. Brower* and *Stockbridge Bacchus* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.